B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re: **Mark Tamlin Warren / Megumi Hasebe**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**  
Amtrust Bank

**Describe Property Securing Debt:**  
Lot Located:  
Suntee Ave  
Cocoa, FL 32926

Property will be (check one):  
☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt   ☒ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**  
Tennessee State Bank

**Describe Property Securing Debt:**  
2005 Chevrolet Astro Van  
VIN# 1GCDM19X45B106636  
Mileage 68,000 (Approx)  
Fair Condition; needs some repairs and interior damage

Property will be (check one):  
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☒ Other. Explain **Debtor Will Continue Making Payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☒ Claimed as Exempt   ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**House and Lot Located**<br>**2109 Kerr Road**<br>**Sevierville TN 37876** |

Property will be (check one):
☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Verizon** | **Describe Leased Property:**<br>**Cell Phone Contract- Assume** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES   ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **March 25, 2010**     Signature **/s/ Mark Tamlin Warren**
                                      **Mark Tamlin Warren**
                                      Debtor

Date **March 25, 2010**     Signature **/s/ Megumi Hasebe**
                                      **Megumi Hasebe**
                                      Joint Debtor

IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Tennessee

| IN RE: | * CASE NO.: |
|---|---|
| **Mark Tamlin Warren,** and **Megumi Hasebe,** | * CHAPTER: **7** |
| Debtors | * |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

Patricia Foster
U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Mark & Megumi Warren
2109 Kerr Road
Sevierville, TN 37876

Amtrust Bank
1801 E 9th Street, Ste 200
Cleveland OH 44114

Tennessee State Bank
2210 Parkway
Pigeon Forge TN 37863

Verizon
P.O. Box 660108
Dallas TX 75266

Wells Fargo Home Mortgage
8480 Stagecoach Drive
Frederick MD 21701

Dated: 3/25/2010

 /s/ Zachary Burroughs, 025896
Zachary Burroughs, 025896,
Attorneys for Debtors

Clark & Washington, P.C.
5401 Kingston Pike
Building 3, Suite 610
Knoxville, TN 37919
865-281-8084